

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN D. KMINEK,<br><br>    Defendant. | No. 1:16-PO-00305 SAB<br><br>ORDER OF RELEASE |

The above-named defendant appeared on August 15, 2018, with the Court ORDERING the warrant recalled. Defendant is ORDERED to pay $100.00 within six months. Defendant is further ORDERED TO APPEAR for a Review Hearing on February 21, 2019, at 10:00 am before Magistrate Judge Stanley A. Boone.

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment order to follow.

DATED: August 15, 2018

ERICA P. GROSJEAN
U.S. MAGISTRATE JUDGE

cc: copy hand-delivered to USM on 8/15/2018